FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 15 2020

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES ENRIQUEZ and<br>JEREMY HEFNER | Criminal Indictment<br><br>No. 1 20-CR-353 |

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date unknown to the Grand Jury, but at least as of April 14, 2020, and continuing through on or about April 22, 2020, in the Northern District of Georgia and elsewhere, the defendants,

JAMES ENRIQUEZ and
JEREMY HEFNER,

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and with other persons unknown to the Grand Jury to violate Title 21, United States Code, Section 841(a)(1), that is to possess with the intent to distribute a controlled substance, said conspiracy involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## Count Two

On or about April 22, 2020, in the Northern District of Georgia, the defendants,

> JAMES ENRIQUEZ and
> JEREMY HEFNER,

aided and abetted by each other and others unknown to the Grand Jury, did knowingly and intentionally attempt to possess with the intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Section 2.

## Count Three

On or about April 22, 2020, in the Northern District of Georgia, the defendants,

> JAMES ENRIQUEZ and
> JEREMY HEFNER,

aided and abetted by each other and others unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## Count Four

On or about April 22, 2020, in the Northern District of Georgia, the defendants,

>JAMES ENRIQUEZ and
>JEREMY HEFNER,

did knowingly possess a firearm, specifically, a Smith & Wesson revolver, in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, that is, the conspiracy to possess with intent to distribute a controlled substance described in Count One of this indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and (c)(1)(C)(i).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, the defendants, JAMES ENRIQUEZ and JEREMY HEFNER, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

>MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, for which the defendant is convicted.

Upon conviction of the offense alleged in Count Four of the Indictment, the defendants, JAMES ENRIQUEZ and JEREMY HEFNER, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

\
\
\
\
\
\
\
\
\
\

4

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A _____*True*_____ BILL

_____*Sonya R. Ruppol*_____
FOREPERSON

BYUNG J. PAK
 *United States Attorney*

*Tyler A. Mann*

TYLER A. MANN
 *Assistant United States Attorney*
Georgia Bar No. 320397

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181